UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YELITZA PICON AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

v.

SUSAN ELEY FINE ART, LLC
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:19-cv-06898

**Notice of Voluntary Discontinuance**

      Plaintiff(s), YELITZA PICON, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against SUSAN ELEY FINE ART, LLC with prejudice and without fees and costs.

Dated: New York, New York
       August 29, 2019

                                                    **GOTTLIEB & ASSOCIATES**

                                                    */s/ Jeffrey M. Gottlieb*
                                                    Jeffrey M. Gottlieb

                                                    Jeffrey M. Gottlieb, Esq. (JG-7905)
                                                    Dana L. Gottlieb, Esq (DG-6151)
                                                     150 East 18th Street
                                                     Suite PHR
                                                     New York, New York 10003
                                                     (212)879-0240
                                                     Attorneys for Plaintiffs

SO ORDERED:

*/s/*
_____
United States District Court Judge

August 30, 2019